[No. 33340-0-III.   Division Three.   May 2, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL OBADIAH BATSELL, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 14-1-50495-0, Vic L. VanderSchoor, J., entered May 20, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33855-0-III.   Division Three.   May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON O. KEELE, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 14-1-00165-1, John Hotchkiss, J., entered October 26, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 34002-3-III.   Division Three.   May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL THOMAS CLAPPER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-01223-2, Harold D. Clarke III, J., entered December 8, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.